IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW WILKE MORGAN,<br><br>　　　　　　Petitioner,<br><br>　　vs.<br><br>W. KNIPP, Warden (A), Mule Creek State Prison,<br><br>　　　　　　Respondent. | No. 2:11-cv-01723-JKS<br><br>ORDER<br>[Re:  Motion at Docket Nos. 28 & 30] |

　　　　At Docket No. 28, Petitioner Matthew Wilke Morgan, a state prisoner appearing *pro se*, filed a Notice of Appeal alternatively titled "Request for Time Extension for Filing."  The Court of Appeals remanded the matter to this Court for the limited purpose of ruling on the request to extend the time to appeal.[1]  This Court may extend the time to appeal for good cause or excusable neglect.[2]  The Court, having reviewed the motion, finds that Morgan has shown good cause to extend the time within which to file his notice of appeal.

　　　　At Docket No. 30, Morgan filed a Motion to Proceed on Appeal In Forma Pauperis.  The records of this Court show that Morgan was granted *in forma pauperis* status on September 16, 2011.[3]  There is no filing fee required for a state prisoner to appeal from the denial of a petition for a writ of habeas corpus under 28 U.S.C. § 2254.[4]

---

　　　[1] Docket No. 34.

　　　[2] Fed. R. App. P. 4(a)(5).

　　　[3] Docket No. 7.

　　　[4] *Naddi v. Hill*, 106 F.3d 275, 277 (9th Cir. 1997).

**IT IS THEREFORE ORDERED THAT** the Request for an Extension of Time at Docket No. 28 is **GRANTED**.

**IT IS FURTHER ORDERED THAT** the Notice of Appeal deemed filed on March 7, 2013, is **TIMELY**.

**IT IS FURTHER ORDERED THAT** the Motion to Proceed on Appeal In Forma Pauperis at Docket No. 30 is **DENIED** as moot.

The Clerk of the Court is directed to serve a copy of this Order on the Clerk of the Court for the Court of Appeals for the Ninth Circuit.

Dated:  July 1, 2013.

          /s/ James K. Singleton, Jr.
JAMES K. SINGLETON, JR.
United States District Judge